WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JAY SCHWARTZ, | Case No. 6:12-774-HZ |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER of Social Security, | |
| Defendant. | |

A supplemental award of attorney fees in the amount of $804.72 is hereby granted to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be sent to Tim Wilborn's address, above. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

DATED this 5 day of May, 2014.

MARCO A. HERNANDEZ
United States District Court Judge